No. 5987. KAMSLER *v.* ATTORNEY GENERAL OF THE UNITED STATES. C. A. 7th Cir. Motion to strike respondent's brief denied. Certiorari denied. ▮